# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GLENFORD BUDD,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 2:16-cv-00613-RFB-PAL

**ORDER**

    The Federal Public Defender having advised the court that a conflict exists in representing petitioner (ECF No. 7), and good cause appearing;

    IT IS THEREFORE ORDERED that the representation of petitioner by the Federal Public Defender is **TERMINATED**.

    IT IS FURTHER ORDERED that Angela Dows, 1333 N. Buffalo Dr., Suite 210, Las Vegas, NV 89128, is appointed as counsel for petitioner for all further proceedings.

    IT IS FURTHER ORDERED that petitioner shall have sixty (60) days from the date on which this order is entered to file an amended petition for a writ of habeas corpus.

    DATED: February 10, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE