1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                        **DISTRICT OF NEVADA**
8
9   GLENFORD BUDD,
10          Petitioner,                    Case No. 2:16-cv-00613-RFB-PAL
11  vs.                                     **ORDER**
12  RENEE BAKER, et al.,
13          Respondents.
14
15          Petitioner's counsel has filed a motion to withdraw (ECF No. 11).  The interests of justice
16  would not be harmed by allowing counsel to withdraw and by the appointment of substitute counsel.
17          IT IS THEREFORE ORDERED that the motion to withdraw (ECF No. 11) is **GRANTED**.
18  The representation of petitioner by Angela H. Dows is **TERMINATED**.
19          IT IS FURTHER ORDERED that the clerk of the court shall forward a copy of this order to
20  the CJA Coordinator, who shall locate substitute counsel for petitioner.  The clerk of the court also
21  shall send a copy of this order to petitioner himself, Glenford Budd, #90043, Ely State Prison, P.O.
22  Box 1989, Ely, NV 89301.
23          DATED: June 7, 2017.
24
25                                          _____
26                                          RICHARD F. BOULWARE, II
                                            United States District Judge
27
28