1
2
3
4
5
6                  **UNITED STATES DISTRICT COURT**
7                        **DISTRICT OF NEVADA**
8
9    GLENFORD BUDD,
10        Petitioner,                    Case No. 2:16-cv-00613-RFB-PAL
11   vs.                                 **ORDER**
12   RENEE BAKER, et al.,
13        Respondents.
14
15        The court previously allowed prior counsel for petitioner to withdraw.  The court has located
16   replacement counsel.
17        IT IS THEREFORE ORDERED that Mary Lou Wilson, 2064 Regent St., Reno, NV 89509,
18   is appointed as counsel for petitioner for all further proceedings.
19        IT IS FURTHER ORDERED that petitioner shall have sixty (60) days from the date on
20   which this order is entered to file an amended petition for a writ of habeas corpus.
21        DATED: September 5, 2017.
22
23                                          _____
24                                          RICHARD F. BOULWARE, II
                                            United States District Judge
25
26
27
28