# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GLENFORD BUDD,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 2:16-cv-00613-RFB-PAL

**ORDER**

    Petitioner having filed a motion for extension of time (first request) (ECF No. 15), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for extension of time (first request) (ECF No. 15) is **GRANTED**. Petitioner will have through February 5, 2018, to file and serve an amended petition.

    DATED: October 30, 2017.

                                                            _____
                                                            RICHARD F. BOULWARE, II
                                                           United States District Judge