# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GLENFORD BUDD,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 2:16-cv-00613-RFB-PAL

**ORDER**

Petitioner having filed a motion for extension of time (second request) (ECF No. 17), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for extension of time (second request) (ECF No. 17) is **GRANTED**. Petitioner will have through April 23, 2018, to file and serve an amended petition.

DATED: 1/30/2018

_____
RICHARD F. BOULWARE, II
United States District Judge