**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLENFORD BUDD,<br><br>        Petitioner,<br><br>    v.<br><br>RENEE BAKER, et al.,<br><br>        Respondents. | Case No. 2:16-cv-00613-RFB-PAL<br><br>**ORDER** |

Petitioner having filed a motion for extension of time (third request) (ECF No. 19), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for extension of time (third request) (ECF No. 19) is **GRANTED**. Petitioner will have through May 23, 2018, to file and serve an amended petition.

DATED: <u>April 23, 2018</u>.

                                                              RICHARD F. BOULWARE, II
                                                              United States District Judge