MARY LOU WILSON, ESQ.
Attorney at Law, Nevada Bar No. 3329
2064 Regent Street
Reno, Nevada 89509
775-771-8620
hawklet2@aol.com
Attorney for Petitioner Budd

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GLENFORD BUDD,

        Petitioner,

v.                                           Case No. 2:16-cv-00613-RFB-PAL

RENEE BAKER, et al.

        Respondents.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION (FOURTH REQUEST)

COMES NOW GLENFORD BUDD, by and through counsel, MARY LOU WILSON, and Moves this Honorable Court for an Order extending the time within which to file a counseled Amended Petition for Writ of Habeas Corpus (Post Conviction).

On September 5, 2017, this Court filed an Order Appointing Counsel and providing 60 days within which to file an Amended Petition. ECF No. 14.

Budd moved for an extension of time of 90 days on October 30, 2017 (ECF No. 16) which this Court approved that same day. ECF No. 16.

1

On January 29, 2018, Budd moved this Court for a second extension of time, which was approved. ECF No. 18.

Petitioner moved for a third extension of time of 30 days on April 17, 2018 (ECF No. 19) which was approved by this Court. ECF No. 20.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure granting this Court the ability to extend the time in which to file an amended petition as well as 28 U.S.C. §2242 (Application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf.).

Since the Third Motion for Extension of Time was filed, Counsel has completed the Amended Petition and mailed a copy to Petitioner along with a verification for him to sign and return. As of the date of this filing, Counsel for Petitioner has not received either his signed verification nor any indication that Petitioner takes issue with anything in the Amended Petition.

Therefore, Counsel believes that an extension of 30 days is reasonable and necessary to receive the signed verification of the Amended Petition from Petitioner and file the Amended Petition with exhibits.

It should be noted that as soon as Counsel for Petitioner receives his verification, she will file the Amended Petition, exhibits, and verification.

On May 22, 2018 Counsel for Respondents advised that Respondents do not oppose this motion for extension of time with the express understanding that Respondents' non-opposition is not to be construed as a waiver to any procedural defenses including timeliness or procedural bars, that may apply to this or any future amended petition.

This is the fourth request for an extension of time within which to file the Amended Petition.

Therefore, Petitioner Budd requests an extension of time of 30 days, or until June 23, 2018, within which to file the Amended Petition.

This request is made in good faith and not for the purpose of delay.

Dated this 23rd day of May, 2018.

By: /s/: MARY LOU WILSON
     MARY LOU WILSON
     Attorney for Petitioner Budd

APPROVED:

DATED this 29th day of May, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

GLENFORD BUDD,

                Petitioner,

      v.                                          Case No. 2:16-cv-00613-RFB-PAL

RENEE BAKER, et al.

                Respondents.          **CERTIFICATE OF SERVICE**

_____/

      The undersigned hereby certifies that she is of legal age and discretion as to be competent to serve papers.

      That on the 23rd day of May, 2018, she served a copy of Budd's Motion for Extension of Time by electronic mail.

                                                        /s/: MARY LOU WILSON
                                                        MARY LOU WILSON
                                                        Attorney for Petitioner Budd