UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GLENFORD BUDD,

*Petitioner,*

v.

RENEE BAKER, *et al.,*

*Respondents.*

Case No. 2:16-cv-00613-RFB-PAL

**ORDER**

This habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's counsel's motion to withdraw (ECF No. 36).

For good cause shown, the motion to withdraw will be granted. Respondents' time to respond to the current pleadings will be continued without date pending entry of a scheduling order after replacement counsel is appointed. The scheduling order will give replacement counsel an opportunity to review the matter prior to seeking any relief vis-à-vis the pleadings and/or otherwise.

IT IS THEREFORE ORDERED that petitioner's counsel's motion to withdraw (ECF No. 36) is GRANTED, and Ms. Wilson is terminated as counsel of record for petitioner.

IT IS FURTHER ORDERED that respondents' time to respond to the first amended petition (ECF No. 23) is continued without date pending further order of the Court.

The Clerk of Court will forward a copy of this order to the CJA Coordinator to secure a replacement panel attorney to represent petitioner. When replacement counsel is secured, the Coordinator will forward counsel's name and contact information to staff

attorneys Messrs. Baker and King to draft a formal appointment order with scheduling provisions tailored to the case.

The Clerk further will send a hard copy of the current order to Mr. Budd in proper person at his institutional address and reflect that additional transmittal either in the notice of electronic filing and/or the docket entry for this order.

DATED: February 12, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge