1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10

11    GLENFORD BUDD,                          Case No. 2:16-cv-00613-RFB-BNW

12                    Petitioner,             **ORDER**

13           v.

14    RENEE BAKER, et al.,

15                    Respondents.

16

17          Petitioner having filed an unopposed motion for extension of time (second request) (ECF

18    No. 43), and good cause appearing;

19          IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time

20    (second request) (ECF No. 43) is **GRANTED**.  Petitioner will have up to and including

21    September 24, 2019, to file a second amended petition for writ of habeas corpus.

22          DATED: September 4, 2019.

23                                            _____

24                                            RICHARD F. BOULWARE, II
                                              United States District Judge
25

26

27

28

1