# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLENFORD BUDD,  | Case No. 2:16-cv-00613-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Petitioner having filed an Unopposed Motion for Extension of Time (Third Request) (ECF No. 45), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's Unopposed Motion for Extension of Time (Third Request) is **GRANTED**. Petitioner will have up to and including December 23, 2019, to file a Second Amended Petition for Writ of Habeas Corpus.

DATED: September 25, 2019

_____
RICHARD F. BOULWARE, II
United States District Judge

1