UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLENFORD BUDD,<br><br>                Petitioner,<br><br>   v.<br><br>RENEE BAKER, et al.,<br><br>                Respondents. | Case No. 2:16-cv-00613-RFB-PAL<br><br>**ORDER** |

Petitioner having filed a Motion for Extension of Time (First Request) (ECF No. 59), and good cause appearing;

IT THEREFORE IS ORDERED that Petitioner's Motion for Extension of Time (First Request) (ECF No. 59) is **GRANTED**. Petitioner will have up to and including May 1, 2020, to file and serve a response to Respondents' Motion to Dismiss (ECF No. 54).

DATED: March 19, 2020.

                                                               RICHARD F. BOULWARE, II
                                                               United States District Judge