# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GLENFORD BUDD,

                                        Petitioner,

v.

RENEE BAKER, et al.,

                                        Respondents.

Case No. 2:16-cv-00613-RFB-BNW

**ORDER**

On October 12, 2022, this Court granted Petitioner's motion to reopen this action and gave Respondents 60 days to answer, or otherwise respond to, the second amended petition. (ECF No. 70.) It has come to the Court's attention that this Court's order was not sent to Respondents because there is no current Deputy Attorney General listed on the docket. Indeed, Deputy Attorney General Erica F. Berrett, Esq. filed a notice of change of attorney for Respondents on June 25, 2021, substituting herself for Adam Solinger, Esq. (ECF No. 68.) Ms. Berrett did not, however, unterminate her status when she reappeared.

**IT IS THEREFORE ORDERED**:

1.      The Clerk of Court reactivate Erica F. Berrett, Esq. as counsel for Respondents.

2.      The Clerk of Court electronically provide the Nevada Attorney General with Petitioner's motion (ECF No. 69), this Court's previous order (ECF No. 70), and a copy of this order by regenerating the notices of electronic filing.

3.      Respondents' deadline for answering, or otherwise responding to, the second amended petition for a writ of habeas corpus is extended to 60 days from the date of this order.

Dated: December 19, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT