AARON D. FORD
 Attorney General
Erica F. Berrett (Bar No. 13826)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3110
Fax (702) 486-2377
EBerrett@ag.nv.gov
Attorneys for Respondents

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLENFORD BUDD,<br><br>    Petitioner,<br><br>    vs.<br><br>RENEE BAKER, *et al*.,<br><br>    Respondents. | Case No: 2:16-cv-00613-RFB-BNW<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE OR ANSWER TO SECOND AMENDED PETITION (ECF NO. 50)**<br><br>**(SECOND REQUEST)** |

Respondents move this Court for an enlargement of time of thirty-five (35) days from the current due date of April 18, 2023, up to an including May 23, 2023, in which to file their response or answer to Petitioner Glenford Budd's Second Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 (ECF No. 50). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the second enlargement of time sought by Respondents to respond to the Second Amended Petition. The request is brought in good faith and not for the purpose of delay.

DATED: April 18, 2023.

Submitted by:

AARON D. FORD
Attorney General

By:  */s/ Erica Berrett*
    Erica Berrett (Bar. No. 13826)
    Senior Deputy Attorney General

## DECLARATION OF ERICA BERRETT

STATE OF NEVADA   )
                  ) ss:
COUNTY OF CLARK   )

I, ERICA BERRETT, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Senior Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Glenford Budd v. Renee Baker, et al.*, Case No. 2:16-cv-00613-RFB-PAL, and as such, have personal knowledge of the matters contained herein.

2. This Motion is made in good faith and not for the purpose of delay.

3. The deadline to file an answer or response to the Second Amended Petition (ECF No. 50) is April 18, 2023. I have been unable with due diligence to timely complete the answer or other response. This is Respondents' second motion for enlargement of time to respond to the Second Amended Petition.

4. Since Respondents' previous request for enlargement of time, I have caught up with deadlines in multiple federal habeas cases that had orders cautioning against further extensions. This included filing replies in support of motion to dismiss in *Pritchett v. Gentry*, 2:17-cv-01694-JAD-DJA, *Sprowson v. Baker*, 3:20-cv-00170-MMD-CLB, and *Randolph v. Baker*, 2:18-cv-00449-RFB-VCF; an answer to capital matter *Byford v. Reubart*, 3:11-cv-00112-JCM-CSD; and an answer in *Dixon v. Nevada*, 3:13-cv-00248-RCJ-WGC. I also filed an amended answer in capital habeas matter *Hernandez v. Gittere*, 3:09-cv-00545-LRH-WGC. In order to catch up on these assignments, I spent nearly five months without a single day off from work, working all weekends, holidays, and normal business days.

5. In addition to these filings, I am responsible for assigning all federal habeas cases in the Post-Conviction Division of the Office of the Nevada Attorney General. In the relatively short time since Respondents' previous request for enlargement of time, the Post-Conviction Division has lost three deputies and hired one new deputy, which has required extensive time for me to reassign the deputies' cases. I am also responsible for training the newly hired deputy. Between my administrative responsibilities and my aforementioned responsibilities in other federal habeas cases, I have not had sufficient time to complete the response in this matter.

6. I contacted Petitioner's counsel regarding this request, and she does not oppose it.

7. Based on the foregoing, I respectfully request an enlargement of time of thirty-five (35) days, up to and including May 23, 2023, in which to file a response or answer to the Second Amended Petition (ECF No. 50).

Executed on April 18, 2023.

                             */s/ Erica Berrett*
                             Erica F. Berrett (Bar No. 13826)
                             Senior Deputy Attorney General

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of April, 2023.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Unopposed Motion for Enlargement of Time to File Response or Answer to Second Amended Petition (ECF No. 50) (Second Request)* by using the CM/ECF system on the 18th day of April, 2023.

The following participants in this case are registered electronic filing system users and will be served electronically:

Angela H. Dows, Esq.
Cory Reade Dows & Shafer
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128

　　　　　　　　　　　　　　　*/s/ M. Landreth*
　　　　　　　　　　　　　　An employee of the Office of the Attorney General