# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLENFORD BUDD, | Case No. 2:16-cv-00613-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Before the Court is Petitioner Glenford Budd's unopposed motion for extension of time (first request). (ECF No. 80.) The Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (first request) (ECF No. 80) is GRANTED. Petitioner will have up to and including August 5, 2023, to file his response to the motion to dismiss.

Dated: June 2, 2023

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT