# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLENFORD BUDD,<br><br>              Petitioner,<br><br>v.<br><br>RENEE BAKER, et al.,<br><br>              Respondents. | Case No. 2:16-cv-00613-RFB-BNW<br><br>**ORDER** |

Before the Court is Respondents' unopposed motion for extension of time (first request). (ECF No. 85.) The Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (first request) (ECF No. 85) is GRANTED. Respondents will have up to and including September 13, 2023, to file their reply to their motion to dismiss.

Dated: August 14, 2023

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT