# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLENFORD BUDD, | Case No. 2:16-cv-00613-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Before the Court is Respondents' unopposed motion for extension of time (first request). ECF No. 90. The Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that the Respondents' unopposed motion for extension of time (first request) is GRANTED. Respondents will have up to and including July 26, 2024, to file their answer to the second-amended petition.

**Dated: May 28, 2024**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT