# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLENFORD BUDD,<br><br>                    Petitioner,<br><br>v.<br><br>JEREMY BEAN, et al.,<br><br>                    Respondents. | Case No. 2:16-cv-00613-RFB-BNW<br><br>**ORDER** |

Before the Court are Petitioner Glenford Budd's unopposed motion for extension of time (first request), unopposed motion for extension of time (second request), and unopposed motion for extension of time (third request). (ECF Nos. 96, 97. 98.) The Court finds good cause exists to grant the motions.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (first request) (ECF No. 96) is GRANTED.

**IT IS FURTHER ORDERED** that the unopposed motion for extension of time (second request) (ECF No. 97) is GRANTED.

**IT IS FURTHER ORDERED** that the unopposed motion for extension of time (third request) (ECF No. 98) is GRANTED.

**IT IS FURTHER ORDERED** that Budd has up to and including December 23, 2024, to file his reply to his Second Amended Petition.

Dated: December 11, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT