UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLENFORD BUDD,<br><br>        Petitioner,<br>   v.<br><br>JEREMY BEAN, *et al.*,<br><br>        Respondents. | Case No. 2:16-cv-00613-RFB-BNW<br><br>**ORDER** |

    Upon review of the exhibits filed for this habeas matter, the Court notes Respondents failed to file under seal or redact the Presentence Report. The Presentence Report is "confidential and must not be made a part of any public record." NRS § 176.156(5). Under <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172 (9th Cir. 2006), and its progeny, a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. Respondents additionally failed to fully redact the exhibit filed as ECF No. 55-1, as required by LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used.").

    **THEREFORE, IT IS HEREBY ORDERED** that within 15 days of the entry of this Order, Respondents must file a redacted version of the document filed as ECF No. 55-1.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall seal the documents filed as ECF Nos. 55-1 and 56-3.

    **DATED:** <u>June 3, 2025</u>

                                                         **RICHARD F. BOULWARE, II**
                                                         **UNITED STATES DISTRICT JUDGE**