UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLENFORD BUDD,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:16-cv-00613-RFB-BNW<br><br>**ORDER** |

　　In this habeas action, Respondents filed a motion to seal the Presentence Investigation Report ("PSI"). This Court earlier ordered the PSI sealed; however, that order inadvertently omitted a digit from the electronic filing number for the PSI. Accordingly, the Court will grant the motion to seal the PSI, i.e., ECF No. 56-23.

　　**THEREFORE, IT IS HEREBY ORDERED** that the Clerk of Court shall seal the document filed as ECF No. 56-23.

　　**DATED:** June 24 , 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**